IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Fidelity Life Association, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Case No. 2:16-cv-12618-GCS-RSW |
| | * |
| Logan Amstutz; and Paul D. Kolosci, | * |
| as personal representative for the | * |
| Estate of Janet L. Amstutz, | * |
| | * |
|     Defendants. | * |

### ORDER FOR DEPOSIT OF FUNDS INTO THE COURT'S REGISTRY

**THIS MATTER** having come before this Court on the application of Fidelity Life Association to deposit the benefits, plus interest, payable under the accidental death insurance policy issued on the life of Janet L. Amstutz (Policy No. 0100461011) into the Registry of the Court, the Court hereby orders the following:

**IT IS ORDERED** that Fidelity Life Association is granted leave to deposit by certified check the sum of $260,600.85 with the Clerk of the Court;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall accept Fidelity Life Association's payment and deposit the sum of $260,600.85 into the Registry of the Court. Pursuant to Local Rule 67.1, the Clerk of the court shall

deduct from the account any fee authorized by the Judicial Conference of the United States;

**IT IS FURTHER ORDERED** that Fidelity Life Association is dismissed with prejudice from this action and is fully relieved of and discharged from any and all liability with respect to payment of the proceeds of the accidental death insurance policy due on the life of Janet L. Amstutz (Policy No. 0100461011).

**IT IS SO ORDERED.**

Dated: January 9, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE
